JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 716 -- In re SBS/MCI Telecommunications Service Contract Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/10/31 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- DEFENDANTS, MCI TELECOMMUNICATIONS CORP. AND SATELLITE BUSINESS SYSTEMS -- SUGGESTED TRANSFEREE DISTRICT: E.D. MICHIGAN AND DISTRICT OF COLUMBIA -- SUGGESTED JUDGE. (tmq) |
| 86/11/10 | | APPEARANCES: BRUCE BERNSTEIN, ESQ. for Ruth Redding, et al.; LAWRENCE BEGUN, ESQ. for MCI Telecommunications Corp and Satellite Business Systems; ROBERT B. McKAY, ESQ. for Brookman & Brookman, P.C., etc. (cds) |
| 86/11/14 | 2 | RESPONSE (to pldg. #1), BRIEF, EXHIBITS A and B -- pltfs. Ruth Redding, et al. -- w/cert. of service (cds) |
| 86/11/17 | 3 | RESPONSE, MEMORANDUM (to pldg. #1), EXHIBITS 1 and 2 -- pltf. Brookman & Brookman, P.C. -- w/cert. of service (cds) |
| 86/11/24 | 4 | REPLY -- defts. MCI Telecommunications Corp. and Satellite Business Systems -- w/Exhibits and cert. of service (cds) |
| 86/12/19 | | HEARING ORDER -- setting motion to transfer for Panel hearing on January 29, 1987 in Tampa, Florida (cds) |
| 86/12/31 | 5 | REQUEST TO POSTPONE ORAL ARGUMENT -- Plaintiffs Redding -- w/cert. of svc. (tmq) |
| 87/01/08 | 6 | RESPONSE (To pldg. #5) -- Defts. MCI -- W/certificate of service. (paa) |
| 87/01/28 | | HEARING APPEARANCES: (hearing of 1/29/87) EVELYN G. BANIEWICZ, ESQ. for MCI Telecommunications Corp. and Satellite Business Systems; ROBERT B. MCKAY, ESQ. for Brookman & Brookman, P.C., etc. (rh) |
| 87/01/28 | | WAIVERS OF ORAL ARGUMENT: (hearing of 1/29/87) Ruth Redding, et al. (rh) |
| 87/02/06 | | ORDER DENYING TRANSFER -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL, RECIPIENTS & HEARING CLERK. (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 716 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re SBS/MCI Telecommunications Service Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 2/6/87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 716 -- In re SBS/MCI Telecommunications Service Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ruth Redding, et al. v. MCI Telecommunications Corp., et al. | Cal.,N. Legge | C86-5498-CAL | Denied 2/6/87 | | | |
| A-2 | Brookman & Brookman, P.C., etc. v. MCI Telecommunications Corp., et al. | N.Y.,S. Carter | 86-Civ-7040 | | | | |
| A-3 | Brookman & Brookman, P.C. etc. v. MCI Telecommunications Corp., et al. | N.Y.,S. Carter | 86-Civ-7782 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 716 -- In re SBS/MCI Telecommunications Service Contract Litigation

| | |
|---|---|
| RUTH REDDING, ET AL. (A-1)<br>Bruce Bernstein, Esq.<br>Law Offices of Eugene Schneider<br>5050 Broadway<br>Oakland, CA  94611<br><br>BROOKMAN & BROOKMAN, P.C., ETC.<br> (A-2 and A-3)<br>Robert B. McKay, Esq.<br>Santora & McKay<br>521 Fifth Avenue<br>New York, NY  10175 | MCI TELECOMMUNICATIONS CORP.<br>SATELLITE BUSINESS SYSTEMS<br>Lawrence C. Begun, Esq.<br>Jenner & Block<br>One IBM Plaza<br>Chicago, IL  60611 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 716 -- In re SBS/MCI Telecommunications Service Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| MCI TELECOMMUNICATIONS CORPORATION | A-1, A-2, A-3 |
| SATELLITE BUSINESS SYSTEMS | A-2, A-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |